*man* filed a memorandum stating that the United States does not oppose the granting of the petition. 

No. 558. Feres, Executrix, *v.* United States. C. A. 2d Cir. Certiorari granted. *Morris Pouser* and *David H. Moses* for petitioner. *Solicitor General Perlman* filed a memorandum stating that the United States does not oppose the granting of the petition. 

No. 556. Joint Anti-Fascist Refugee Committee *v.* McGrath, Attorney General, et al. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. Mr. Justice Clark took no part in the consideration or decision of this application. *O. John Rogge* and *Benedict Wolf* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison* and *Paul A. Sweeney* for respondents. 

No. 381, Misc. Jefferson *v.* United States. C. A. 4th Cir. Certiorari granted. *Morris Rosenberg* for petitioner. *Solicitor General Perlman* filed a memorandum stating that the United States does not oppose the granting of the petition. 

*Certiorari Denied.* (*See also No. 608 and Misc. No. 374, supra.*)

No. 496. Matthews et al. *v.* United States. C. A. 5th Cir. Certiorari denied. *W. A. Bootle* for petitioners. *Solicitor General Perlman, James M. McInerney* and *Robert S. Erdahl* for the United States.